**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7741**

---

MARGUERITE G. BROWN,

Plaintiff - Appellant,

versus

NURSE BRENDA; NURSE LIALA; DOCTOR REESE,

Defendants - Appellees,

and

RAPPAHANNOCK REGIONAL JAIL; RAPPAHANNOCK
REGIONAL JAIL STAFF,

Defendants.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Gerald Bruce Lee, District
Judge.   (1:05-cv-00029-GBL)

---

Submitted:  March 29, 2007          Decided:  April 4, 2007

---

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marguerite G. Brown, Appellant Pro Se.  Elizabeth Martin Muldowney,
RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marguerite G. Brown appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Doctor Reese, No. 1:05-cv-00029-GBL (E.D. Va. Sept. 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED